CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 30 2006
JOHN F. CORCORAN, CLERK
BY: M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MICHAEL EUGENE MONTGOMERY, | Case No. 7:05CV000131 |
| Plaintiff, | |
| v. | **ORDER** |
| SIA JOHNSON, et al., | By: Jackson L. Kiser |
| Defendants. | Senior United States District Judge |

Before me now are the Defendants' Objections to the Magistrate Judge's Report and Recommendation and their Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, the Defendants' Motion for Summary Judgment is **DENIED**. The case will be **TRANSFERRED** to the Big Stone Gap Division for trial by the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 30th day of October, 2006.

_Jackson L. Kiser_
Senior United States District Judge