CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB - 7 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MICHAEL EUGENE MONTGOMERY, | Case No. 7:05CV00131 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| SIA JOHNSON, et al., | By: Jackson L. Kiser |
| | Senior United States District Judge |
| Defendants. | |

Before me now are the Defendants' Objections to the Magistrate Judge's Report and Recommendation and their Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, I **ADOPT** the recommended disposition in the Magistrate Judge's Report and Recommendation in part and **REJECT** it in part. Montgomery may proceed on his excessive force claim with respect to the decision to allow him to remain in four point restraints against Defendant Bondurant. Montgomery's other claims against Defendant Bondurant are hereby dismissed. Moreover, all of Montgomery's claims against Defendants Shults, Friss, and Johnson are dismissed. Consequently, I **GRANT** the Defendants' Motion for Summary Judgment in part and **DENY** it in part. The case will be **REASSIGNED** to the Big Stone Gap Division for trial by the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 7th day of February, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge