**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **MICHAEL E. MONTGOMERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:05-cv-00131 |
| | ) |
| **SIA JOHNSON, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED RULE 26(f) DISCOVERY PLAN**

Plaintiff, Michael Montgomery, and defendants, Deborah Peltier and Carlos Lopez (hereinafter collectively referred to as "the parties"), by and through their attorneys of record, submit the following amended discovery plan due to the change in the trial date to October 19th through October 23rd.

1. Supplementary disclosures and responses to Rule 26(a) initial disclosures shall be made by Monday, July 6, 2009.

2. Expert disclosure and written reports by Plaintiff shall be made by Monday, July 6, 2009.

3. Expert disclosure and written reports by Defendants shall be made by Wednesday, July 22, 2009.

4. Expert disclosure and written reports of any rebuttal expert(s) by Plaintiff shall be made by Thursday, August 6, 2009.

5. All discovery shall be commenced in time to be completed by Tuesday, September 8, 2009.

6. Any motions to exclude the testimony of an expert based on the sufficiency or reliability of the expert's testimony must be filed by Tuesday, September 8, 2009.

7. Any motions for summary judgment or other dispositive motions must be filed by Tuesday, September 8, 2009.

8. The parties will make pretrial disclosures of witnesses and exhibits as required by Rule 26(a)(3) by Monday, September 21, 2009.

9. The parties will make objections to deposition testimony and exhibits by Monday, October 5, 2009.

10. The parties will file jury instructions with the Court by Monday, October 5, 2009.

11. The parties will file any trial briefs with the Court by Thursday, October 15, 2009.

Dated:  May 1, 2009

                By /s/ Carrie B. Freed\_\_\_
                Counsel for Plaintiff

Lonnie D. Nunley, III
VSB No. 25366
Carrie B. Freed
VSB No. 70824
Dustin M. Paul
VSB No. 75287

    HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074
    (804) 788-8200 (telephone)
    (804) 788-8218 (facsimile)

                By  /s/ Sara Bugbee Winn\_\_
                Counsel for Defendants

JULIA C. DUDLEY
United States Attorney
Sara Bugbee Winn
Assistant United States Attorney
VSB No. 35924
Anthony P. Giorno
Assistant United States Attorney
VSB No.15830
United States Attorney's Office
P. O. Box 1709
Roanoke, VA 24008-1709
(540) 857-2254 (telephone)
(540) 857-2283 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I electronically filed the foregoing AMENDED RULE 26(f) DISCOVERY PLAN with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Julie C. Dudley
UNITED STATES ATTORNEYS OFFICE
P.O. Box 1709
Roanoke, Virginia 24008-1709
julie.dudley@usdoj.gov

Sara Bugbee Winn
UNITED STATES ATTORNEYS OFFICE
P.O. Box 1709
Roanoke, Virginia 24008-1709
sara.winn@usdoj.gov

and

Anthony Paul Giorno
UNITED STATES ATTORNEYS OFFICE
P.O. Box 1709
Roanoke, Virginia 24008-1709
anthony.giorno@usdoj.gov

/s/ _Carrie B. Freed_____
Carrie B. Freed (Virginia Bar No. 70824)
Attorney for Michael E. Montgomery
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
804-788-8200 (telephone)
804-788-8218 (facsimile)
cfreed@hunton.com