UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL E. MONTGOMERY** : | |
| Plaintiff : | |
| v. : | Civil Action No. 7:05cv00131 |
| : | |
| **SIA JOHNSON, et al** : | |
| Defendants : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now the defendants, by counsel, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully request that the Court enter summary judgment in their favor as there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

/s/  Sara Bugbee Winn
Assistant United States Attorney
VSB No. 35924
United States Attorney's Office
P. O. Box 1709
Roanoke, VA 24008-1709
TEL:  (540) 857-2254
FAX:  (540) 857-2283

## CERTIFICATE OF SERVICE

I hereby certify that I have this  30th  day of  October , 2009, caused the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide a copy thereof to the following:

Lonnie D. Nunley, III
Carrie Bowden Freed
Dustin M. Paul
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond , VA 23219

/s/   Sara Bugbee Winn
Assistant United States Attorney