# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL EUGENE MONTGOMERY,** ) ) ) | |
| ) | Case No. 7:05CV00131 |
| Plaintiff, ) ) | |
| ) | **ORDER** |
| v. ) ) | |
| ) | By: James P. Jones |
| **SIA JOHNSON, ET AL.,** ) ) | Chief United States District Judge |
| Defendants. ) | |

The court has been advised that this case has been settled, although some of the settlement paperwork has not yet been completed. Accordingly, it is **ORDERED** that the case is dismissed. If desired, the parties may hereafter within sixty (60) days submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is submitted, or if no party files a motion to reopen the case within sixty (60) days, this case shall, without further order, stand dismissed with prejudice.

The clerk is directed to administratively close the case.

ENTER: March 29, 2010

/s/ JAMES P. JONES
Chief United States District Judge