CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 24 2010

JOHN F. CORCORAN, CLERK
BY: /s/ [Deputy signature]
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL EUGENE MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:05CV00131 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| SIA JOHNSON, ET AL., ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendants. ) | |

This day came Plaintiff, Michael Eugene Montgomery, ("Montgomery") and Defendants, Deborah Peltier, Carlos O. Lopez, Bryan Bledsoe, Glenn Friss and David Grieve ("Defendants"), by counsel, and represented to the Court that all matters at issue in this case have been compromised and settled by the execution of a Settlement Agreement and Release.

The Court is informed that Mr. Montgomery's counsel has received a wire transfer of One Hundred Fifteen Thousand Dollars ($115,000.00), representing the consideration for the Settlement Agreement and Release. The settlement proceeds currently are deposited in Mr. Montgomery's counsel's trust account.

Mr. Montgomery has directed that Fifteen Thousand Dollars ($15,000.00) be paid to his counsel from the amount on deposit in the trust account to cover expenses incurred in this matter. As to the remaining settlement proceeds, Mr. Montgomery has instructed his counsel to draft a check for One Hundred Thousand Dollars ($100,000.00), payable to Mr. Montgomery's step-father, Glenn J. Montgomery, and to send the check by overnight mail to Glenn J. Montgomery.

In accordance with the foregoing and pursuant to this Court's Order of March 29, 2010, it appearing to the Court that nothing further remains to be done in this matter, it is therefore

Ordered that this action is dismissed from the docket of this Court with prejudice, with each party bearing their own fees, costs and expenses.

ENTERED this __21__ day of May, 2010.

_____
Chief United States District Judge

WE ASK FOR THIS:

_____
Lonnie D. Nunley, III (VSB No. 25366)
Carrie B. Freed (VSB No. 70824)
Dustin M. Paul (VSB No. 75287)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200 (telephone)
(804) 788-8218 (facsimile)

*Counsel for Plaintiff*

_____
Sara Bugbee Winn (VSB No. 35924)
Assistant United States Attorney
United States Attorney's Office
P. O. Box 1709
Roanoke, Virginia 24008-1709
(540) 857-2254 (telephone)
(540) 857-2283 (facsimile)

*Counsel for Defendants*